UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KENNETH COLVIN,

        Plaintiff,                         Case No. 2:12-cv-347

v.                                        HON. ROBERT HOLMES BELL

PRISON HEATH SERVICES, et al.,

        Defendants.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On January 28, 2014, Magistrate Judge Timothy Greeley issued a Report and Recommendation ("R&R") (Dkt. No.76) recommending that Defendants' motion for summary judgment be granted. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

For the foregoing reasons, this Court adopts the Magistrate Judge's Report and Recommendation as the Opinion of this Court. A Judgment will be entered consistent with this Opinion and Order. *See* Fed. R. Civ. P. 58. Because this action was filed in forma pauperis, this Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610 (6th Cir.1997). Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's January 28, 2014, R&R (Dkt. No.76) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment is **GRANTED**.

**IT IS FURTHER CERTIFIED** that an appeal of this decision would not be taken in good faith.


Dated: February 21, 2014 /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE